GEORGE V. BAILLARD, Respondent, v. CATHERINE MARTIN and PATRICK

MARTIN, Appellants.— Appeal dismissed, with costs. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.